# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNWIRED GLOBAL SYSTEMS LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**LOSANT IOT, INC.,**<br><br>    Defendant. | CASE NO. 1:23-CV-01168-CFC<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO <u>PLAINTIFF'S COMPLAINT</u>

Plaintiff UNWIRED GLOBAL SYSTEMS LLC ("Plaintiff") files this unopposed motion for an order extending the deadline for Defendant LOSANT IOT, INC. ("Defendant") to respond to Plaintiff's Complaint for Patent Infringement until and including January 8, 2024. No party will be prejudiced by this extension. Accordingly, Plaintiff respectfully submits that good cause exists under Fed. R. Civ. P. 6(b)(1)(A) for the requested extension. This is the second request for an extension of this nature.

Date: December 6, 2023                    Respectfully submitted,

                                          */s/ John C. Phillips, Jr.*
                                          John C. Phillips, Jr. (#110)
                                          Megan C. Haney (#5016)

>Phillips, McLaughlin & Hall, P.A.
>1200 North Broom Street
>Wilmington DE, 19806
>(302) 655-4200
>JCP@PMHDELaw.com
>MCH@PMHDELaw.com
>
>Isaac Rabicoff
>Rabicoff Law LLC
>(*pro hac vice forthcoming*)
>600 Mamaroneck Ave STE 400
>Harrison, NY 10528
>Tel. (773) 669-4590
>isaac@rabilaw.com
>
>***Attorneys for Plaintiff***
>***Unwired Global Systems LLC***

**SO ORDERED**, this _____ day of _____ 2023.

_____
**The Honorable Colm F. Connolly**
**Chief, United States District Court Judge**